GEORGE S. ROBINSON v. THE BOARD OF ASSESSORS OF THE CITY OF DETROIT.

[See *ante*, 509.]

*Taxes—Real-estate mortgages.*

This case is ruled by *Latham v. Board of Assessors, ante,* 509.

*Mandamus.* Argued May 3, 1892. Granted May 6, and opinion filed May 11, 1892.

Relator applied for *mandamus* to compel the assessment to the Detroit River Savings Bank, as real estate, of the value of the real-estate mortgages held by it, and the deduction of the same from the value of its capital stock, as determined for assessment purposes. The facts are stated in the opinion, and in *Latham v. Board of Assessors, ante,* 509.

*Wells, Angell, Boynton & McMillan,* for relator.

*John J. Speed,* for respondents.

PER CURIAM. The relator is the owner of 10 shares of the capital stock of the Detroit River Savings Bank, and asks a *mandamus* to compel the board of assessors to assess to said bank the value of the real-estate mortgages owned by it, and to deduct the value of such mortgages from the assessed value of its capital stock.

The facts in the case are similar to those in *Latham v. Board of Assessors, ante.*

The writ will issue as prayed.

McGRATH, J., did not sit.